JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS ALVARADO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAS SERVICING COMPANY, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV08-7672 R (JCx)<br>Hon. Manuel L. Real<br>Courtroom 8 – Spring Street<br>Complaint filed:  September 10, 2008<br><br>**JUDGMENT** |

    The motion of Defendant WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY ("Wells Fargo") to dismiss Plaintiff Jose de Jesus Alvarado's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was set to be heard on February 16, 2009.  On February 2, 2009, prior to reassignment of the case to Judge Manuel L. Real on February 20, 2009, the Honorable Florence-Marie Cooper found the matter suitable for ruling without oral argument.

    After considering all of the papers submitted by the parties, the arguments therein and good cause appearing:

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells Fargo's motion to dismiss is granted.

- 2 -

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's complaint is dismissed with prejudice due to Plaintiff's failure to amend pursuant to The Honorable Florence-Marie Cooper's February 2, 2009 order. Plaintiff is to recover nothing from Wells Fargo Bank, N.A. dba America's Servicing Company. |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Notice of Pendency of Action (Lis Pendens) recorded on September 16, 2008 in the Official Records of the Los Angeles County Recorder's Office as Instrument Number 20081667248 is hereby expunged due to the dismissal of this case with prejudice.

DATED: March 25, 2009

_____
HONORABLE MANUEL L. REAL